MAIZE *v.* GODMAN.

This case involved the same questions decided in *Maize* v. *The State*, 4 Ind. R. 342, and the decision was affirmed for the reasons given in that case.

APPEAL from the *Tippecanoe* Circuit Court.

STUART, J.—*Maize* applied to be discharged from arrest upon a conviction for retailing in violation of the liquor law of 1853. He was remanded, and from that decision appeals to this Court. *Godman* is the jailer having him in custody.

The case involves the questions decided in *Maize* v. *The State*, 4 Ind. R. 342. Upon careful review of that decision, with all the additional light since obtained, we are still satisfied with the ruling as a correct exposition of the constitution.

For the reasons there given, the judgment in this case must be affirmed.

*Per Curiam.*—The judgment is affirmed with costs.

*W. F. Lane,* for the appellant.

*L. Reilly,* for the appellee.